JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| EMMETT JOHNSON, | Case No. 2:22-cv-02467 JVS (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| G. MATTISON, | |
| Respondent. | |

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED:  April 18, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE